# EXHIBIT P2

to COMPLAINT FOR INTERPLEADER

POLICY NUMBER: 958 201 834UM



OFFICE            2391
POLICY NUMBER     958 201 834
POLICY SUFFIX     UM
TRAN TYPE CD      52
TRAN SUB CD       6
INTERROGATOR
INTERR SUB
INT INITIALS
ACCOUNT           N
INSURED NAME      LAMONT LOUDENSLAGER



| POLICY NUMBER | STATUS | PLAN | FACE AMOUNT | INSURANCE TYPE |
|---|---|---|---|---|
| 958201834UK | W | FPMLI | 100,000.00 | L |

## POLICYHOLDER GENERAL INFORMATION

Policy Date............... 10/02/1995     SEX....(M)              ISSUE AGE.... 41
Birthdate.................. /1954
Social Security........... ▮▮▮-4347
Policyholder Name........ LAMONT LOUDENSLAGER

Address Line 1............
        Line 2............
        Line 3............
        Line 4............

Owner Name................            Res. State.....(016)
Address Line 1............            Iss. State.....(016)
        Line 2............            Rstrct. Code...
        Line 3............
        Line 4............

## POLICY MISCELLANEOUS INFORMATION

PLCHT Period Expiry Date.. 11/12/1995
Gen. User Area 1-2........ 913047531291347253345PASTOR    LOUDENSLAGER
Gen. User Area 3-4........ LAMONT                              0 0    A
Gen. User Area 5-6........ 1995/08/22 0004 O N N      161    N    00111310
Gen. User Area 7-8........
Gen. User Area 9-10....... LAMONT LOUDENSLAGER
Gen. User Area 11-12...... S LOUDENSLAGER*KYM        2

## ACCOUNT INFORMATION                ## BILLING INFORMATION

Guideline Single
Premium................... ▮           Payment Mode........ (12)
Anticipated Annual                     Ownership Code...... (I)
Premium...................  ▮          Payment Method...... (P)
Scheduled Premium.........

## COMMISSION INFORMATION

|  |  |  | SPLIT % |  |
|---|---|---|---|---|
| Agency/Index.............. 859 4 | District.......... C11 | % | 100.0 |
| Agency/Index.............. | District.......... | % |  |
| Agency/Index.............. | District.......... | % |  |
| Agency/Index.............. | District.......... | % |  |
| Agency/Index.............. | District.......... | % |  |

## INDIVIDUAL INSURANCE SEGMENTS

Special Class Code........ PN          Reinsurance Type....
Temp Flat Xtra....    End Date..       Company............

## RIDER AND BENEFIT GENERAL INFORMATION

Benefits attached........

Riders Attached.......... ADDL INS   COVERAGE=    50,000    SEX=(F) CLASS=SN ISSU AGE= 38
                          CHILD       COVERAGE=     5,000

ADDN.INS.NAME.......... LOUDENSLAGER    KYM          BIRTHDAY...07/31/1957    SSN0469-84-9352

*FUND NO*  001....  % 002.... ▮%003....  %004....  % 005.... %006....  %
           007....  % 008.... ▮%009.... ▮%010....  011....  012....

CAAACS

MVR
T.I.
OTHER

| Case Assigned To | Shelly | (Last Name) Ins #1 | | | | | | | (Age) 41 |
|---|---|---|---|---|---|---|---|---|---|
| District | Agency | Spouse | | | | | | | 58 |
| DO Tel No / Home Tel No | | Call-up | | | | | | | |
| 199 274 813 | | Fee | | | | | | | |
| | | Initials | | | | | | | |
| | Amount Applied | Additional | Alternate | Total New Ins | Mos In-Force Within Year | Total Within Year | Total Within 3 Month | |
| Ins Of | 100,000 | | | | | | | |
| Spouse | | | | | | | | |

MORTALITY LIMITS BY AGE GROUPS
METROPOLITAN SERIES

| AGES | PFO | ST | R1 | R2 | R3 | R4 | R5 | R6 |
|---|---|---|---|---|---|---|---|---|
| 0-14 | | 110 | | | | | | |
| 15-29 | 30 | 110 | 160 | 230 | 400 | 700 | 1200 | 1800 |
| 30-39 | 15 | 100 | 160 | 270 | 400 | 700 | 1200 | 1800 |
| 40-49 | 10 | 90 | 135 | 210 | 400 | 700 | 1200 | 1800 |
| 50 & OVER | 10 | 85 | 125 | 205 | 400 | 700 | 1200 | 1800 |

MEDICAL DECISION

| | INS #1 | SPOUSE |
|---|---|---|
| Aviation | | |
| Avocation | | |
| Driving | | |
| Habits | | |
| Medical | | |
| History | | |
| Family History | | |
| Medical Findings | | |
| Weight | +0 | +0 |
| B.P. | | |
| B.P. Rx | | |
| Urine | | |
| Additive Factor | | |
| TOTAL | | |
| FEMALE CR | -20 | -20 |
| OCCUP | | |
| SMOKING | | N |
| FINAL RATING | | |
| Temp $ | | $ |
| Years | | |
| Long Term $ | | $ |
| Underwriter | | |

PHOTO CLERK, INCLUDE PAGE 2

ALTER INITIAL INPUT DATA

DECLINE _____   DECLINE NUMBER _____

APPLICATION DISPOSITION   DATE _____

1. Part A Date _____   1a. French App.   1 - Yes   2 - No
2. Name _____   DOB _____   Age _____
3. Ins. Ser.: 1-M   2-F   3a Ins. Ser. Sex. No _____
4. Spouse/App _____   D.O.B. _____   Age _____
4a. Spouse/App Sex 1-M   2-F   4b Other Ins. Ser. _____
5. App. Rel.: 1 - Fa   2 - Mo   3 - S/p/o   4 - Au   5 - Un
   6 - Gdn   7 - Br   8 - Sis   9 - All Others
   10 - No Applicant Designated
6. App Waiver Bene   1 - Yes   2 - No   4a Place _____
7. Occupation _____   (App Spouse)
8. Certify _____   8a PRI-Co (SUB) _____   8b Corr _____
9c. MIB Amb-1   Unit1 _____   9d MIB Amb-2   Unit1 _____
9. Owner _____
   Birth Year _____   Over 54C   1-Yes   2-No   3-No Own
9a. Owner Soc Sec No _____
10. Rel.:   1 - Par   2 - Sp   3 - Au/Un 4 - Br/Sis   5 - Grp
   6 - Trust   7 - Corp   8 - Part   9 - Sole   10 - All Others
   11 - No Owner Designated

51. Ins As Appl _____   44c. Date of Pol _____
52. Not Ins As Appl _____   45. Error Skip 1 _____ 2 _____
   Circle One   45a AUAdd Pol _____ of _____
53. Medical - 1   46. Under T.D. _____
54. Nonmedical - 2   47. Market Code _____
55. Paramedical - 3   47a. Special Medical Code _____
56. Microscopic - 4   47b. Agt - Ltr _____
   (Decline only)

Amendment _____   48. Reme   Type _____ Cat _____
40. Letter _____   48a. Drib Ind _____
41. Amend Letter _____   48b. Ses Cls Ltr   3 _____ N _____
42. After Iss Issue Date _____   48c. Scl Cls Spouse 3 _____ N _____
43. App of Add Date _____
44. Survey Code _____
44a. Fixed Loan _____   ___ MIB
44b. ULTRN Class _____   X NO REPORT

11. Bill Add/Inv Own Add _____

_____

12. Billing Name _____

13. Plan _____   OPT _____   13a. Face Amount _____
13a-n. Mtg Let Rate _____   13b   Date Waiver   1 - Yes   2 - No
14. PLIP PLAN. Qualified Plan _____
   14a Type Plan   1-C   2-K   3-P   14b. Non Plan _____
15. Opt Conv (Type) _____   16. Prem Ent % _____
17. ADB:   1-Yes   2-No   17a. GIR Art % _____
18. Level Term  % _____   19. Spouse Ins Amt % _____
19a. CVS Rider   1-Yes   2-No   19b. COL Rider   1-Yes   2-No
19c. 10 YR Term % _____   19d. 1 YR Term % _____
19e. Sp 10 YR Term % _____   19f. Sp 1 YR Term % 50,000
19g. Child Term % ___100.00   19h. DOB or Old Child _____
19i. App _____

20. Ins. Class   1 - PFD   2 - STD   3 - R1   4 - R2   5 - R3
   6 - R4   7 - R5   8 - R6   SMOKER

POLICY # 958 201 73 4UM   BATCH # 445 5384
NAME   SE   DATE   OCT 02 1985

REISSUE POLICY # _____   BATCH # _____

NAME _____   DATE _____

52. Blind _____   Ins _____   Other _____
53. Exp Rider _____   Avia _____   Other _____
54. Ins Ext. Prem   Occ % _____ Term _____ Avia % _____ Term _____
   TAR % _____ Term _____ Temp % _____ Term _____
55. R.S. 2nd   1 _____ 3 _____   56. Inverse Term _____
57. ADB Base   3 - 1   2 - 1 1/2   3 - 2 1/2   4 - 4
58. Partial ADB _____
59. Crse Pend   1 - Same Dist   2 - Diff Dist   3 - Diff Tarr
60. MPB:   1 - APL   2 - Red Paid-Up   3 - Extended Term
61. Div Opt:   1 - Cash   2 - To Prem   3 - 1 Yr CV Max
   4 - Acc at Int 5 - Paid Up   6 - Econo or COL
   2nd Div Opt

21. MODE:   1-A   2-Q   3-Q   4-M   5-COM   6-A   7-NCB   8-Single
   9-COPS   10-FESS   11-HOSS   12-An) All   13-Pay Dec

62. Prorate Billing Date _____
63. Spouse Med   1 - Med   2 - Nonmed   3 - Paramed
64. Spouse Class   1 - PFD   2 - STD   3 - R2   3 - R3   8 - R4
   SMOKER _____

22. Coupon No _____   22a. Prev Amt Paid _____
33b. Disclosure _____   22c Sess Quer (all Amed Yrs) _____ 22d Col(SUB) _____
22c. Bill Day _____   22f   Trans No _____
22g. Bank _____
   Account No _____
22h. Depositor Name _____
23. DIV2 DIV2 DIV2 DIV2 DIV2 DIV2 DIV2 DIV2 DIV2 DIV2
   1 ___ 2 ___ 3 ___ 4 ___ 5 ___ 6 ___ 7 ___ 8 ___ 9 ___ 10 ___
24. SMK INS: Cig Date ___ Nev ___ Cigar Date ___ Nev ___
   Pipe Date ___ Nev ___ Tob Date ___ Nev ___
24a. SMK SP: Cig Date ___ Nev ___ Cigar Date ___ Nev ___
   Pipe Date ___ Nev ___ Tob Date ___ Nev ___
25. Bene/Cont Own _____
   Birth Yr _____   Over 54C   1-Yes   2-No   3-No Bene
26. Rel:   1 - Sp   2 - Children   3 - Par   4 - Br/Sis   5 - Au/Un
   6 - Grp   7 - Rm   8 - All Others   9 - No Cont Desig
27. Agent Init:   1-Ist   2-Dia   2-Unlic   3-Lic Pend   8-No C A C
28. 1st Agent: DO _____ Dst O _____ Agy _____ Ind _____
29. 2nd Agent: DO _____ Dst O _____ Agy _____ Ind _____
30. More than 2 Agts (UL only) see Misc _____ No   1 D   Code _____
30b. Model Prem _____ Plus Prem _____ Xr. Targ Prem _____
30c. Resid Addr _____
   _____ 30e Pol %t _____ XX Leg Lap _____
30f. Dist. I.D. (circle One No 1
   1 - 98(1)   2 - 98(2))
30b. Emp Name: First _____ Last _____
30c. Pay No _____ 30j Pay Point _____
30k. Init Pay Ded % _____
30l. Deduct Date _____ 30m Freq _____
30n. Employer Grp Ins _____   (PLIP or Census)

65. Spouse Bene Nos Ins _____

66. Spouse SRC.   Occ % _____ Avia % _____ T & R % _____
   Temp % _____ Term _____
67. Tax Status (Mkt 79) _____
68. Man Code _____   Yr Issued _____   Yr Opt _____
69. R.R.S.P. Name _____

___ Form Letter 0843-A Para _____   ___ Amendment _____
___ Form Letter 01743 Para _____   0843-87 Para _____

___ POLICY EXCHANGE _____
NS ___ REPLACEMENT - 30 DAY FREE LOOK ___
SUITABILITY OK _____
MISCELLANEOUS ___ PLACE OF SIGNATURE OK ___
   ___ FAMILY GROUP ___ SEND LETTER
   ___ BENE OK

**8. Occupation**

*Pastor*

(a.) Occupation of Proposed Insured - Job Title and Duties

*First Baptist*

(b.) Employed by

*5 YR*
How Long?

(c.) Actively at Work? (If a homemaker, are you performing regular household duties; if a student, are you attending school regularly?  If No, attach explanatory letter )

Yes ☒   No ☐

**9. Tobacco Use**

Indicate date Proposed Insured last smoked/used

| cigarette | cigar | pipe | smokeless tobacco |

**10. Attending Physician**

(a.) Name and address of personal physician, practitioner or health facility used by Proposed Insured

(b.) Date of last consultation

(c.) Reason for consultation and diagnosis, treatment and advice

**ITEMS 11 AND 12  APPLY TO AND ARE TO BE COMPLETED FOR ALL PERSONS TO BE INSURED.**

**11. Medical Data**

For any Yes answers, give details below.

Has any person proposed for insurance

(a.) In the last five years, been treated, examined, or advised by any physician, practitioner, or health facility? (Do not include colds, minor viruses or minor injuries which prevented normal activities for a period less than 5 days )

(b.) Ever received treatment, attention, or advice from any physician, practitioner, or health facility for, or been told by any physician, practitioner, or health facility that such person had heart trouble, chest pain, high blood pressure, diabetes, lung disease, tumor, or cancer?

(c.) In the last two years, had persistent cough  pneumonia  chest discomfort, muscle weakness, unexplained weight loss of ten pounds or more, swollen glands, patches in mouth, visual disturbance or recurring diarrhea, fever, or infection?

(d.) In the last five years, received or applied for disability or hospitalization benefits from any source?

(e.) Ever had any surgical operation not revealed in previous questions or gone to a hospital, clinic, dispensary, or sanitarium for observation, examination  or treatment not revealed in previous questions?

(f.) Had a parent  brother, or sister with heart or coronary artery disease, high blood pressure, cancer or diabetes? (If Yes, give details for each person  including age at onset and age at death if applicable.)

**Details**

| Item No | Name of Person | Name and Address of Each Physician Practitioner and Health Facility | Dates and Durations | Nature and Severity of Condition, Frequency of Attacks  Specific Diagnosis and Treatment |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Details for Yes answers to Items (d ) and (f )

O36K-16

**MetLife** Metropolitan Life Insurance Company
Metropolitan Insurance and Annuity Company

## PART A — APPLICATION FOR LIFE INSURANCE

**1. Identity of Proposed Insured**

*LAMONT LOUDENSLAGER*    *M MARRIED*    ▮-54
Full Name   First, Middle Initial, Last Name    Sex  Marital Status   Date of Birth Mo /Day/Yr.

*SD  USA*    *5'10"*  *165*    *88,000*    ▮-4347
State/Country of Birth    Co. Use  Height  Weight   Total Life Insurance    Social Security Number
Enter Age  Ft. In.  Pounds   in all companies
Last Birthday    (including Metropolitan)

**2. Address**

▮▮▮▮▮
Mailing Address of Proposed Insured, or Owner if named in Item 6. Number, Street, City or Town, State and Zip Code

**3. Plan**

*FPMLI*    $ *100,000*
(a.) PLAN (For VLI or FPMLI Complete Supplement II to Part A)    (b.) AMOUNT (The Specified Face Amount or Guaranteed
Insurance Amount)

(c.) COMPLETE FOR UNIVERSAL LIFE PLANS
I. Death Benefit Option (check one)    (d.) For a qualified Plan specify:
X Option A (Specified Face Amount)    I. Type of Plan
☐ Option B (Specified Face Amount PLUS the    ☐ II. New Plan
accumulation fund or cash value)    ☐ III. Existing Plan-
II. Planned Premium Amount  ▮▮▮    Employer Group No.

(e.) State any Special Request

**4. Optional Benefits**

☐ Disability Waiver    ☐ 1 Year Cost of Living    ☐ 10 Year Term  $    ☐ Guarantee Issue:
Option Amount
☐ Accidental Death    ☐ 1 Year Term  $    ☐ 20 Year Family Income  $    $

**5. Premium Payments**

(a.) Select a mode of payment which is available with the plan applied for:
☐ Annual   X C-O-M   ☐ Govt. Allot.-Mil.   ☐ Govt. Allot.-Civ.   ☐ Sal. Sav.   ☐

(b.) Amount paid with application: ▮▮    ☐ None   This Amount  X is   at least equal to one C-O-M premium
☐ is not

**6. Owner/ Contingent Owner**

(a.) Owner if other than Proposed Insured    Relationship to    Date of Birth    Social Security # or Tax I.D. #
(Full Name of person or firm)    Proposed Insured

(b.) Contingent Owner (Full Name)    Relationship to    Date of Birth    Social Security # or Tax I.D. #
Proposed Insured

(c.) ☐ Check here if Proposed Insured is to become the Owner if pre-deceased by both the Owner and Contingent Owner, if
any, indicated above (only applicable if Proposed Insured is age 15 or over)

**7. Beneficiary/ Contingent Beneficiary**

*KYM LOUDENSLAGER*    *SPOUSE*    ▮-57
(a.) Revocable Beneficiary (Full Name)    Relationship to Proposed Insured   Date of Birth

(b.) Revocable Contingent Beneficiary (Full Name)    Relationship to Proposed Insured   Date of Birth
(c.) ☐ Check here if all present and future children born of the marriage of Proposed Insured and current spouse are to be
included as contingent beneficiaries.

(d.)    Address of Beneficiary or Contingent Beneficiary, if different from address in Item 2.

**NOTE:** (i) Unless indicated otherwise, if more than one beneficiary is alive when the insured dies, we will pay them in equal shares. If no beneficiary is alive
when the insured dies, the contingent beneficiary will become the beneficiary. (ii) Any entry in Item 7 is invalid for a Corporate Pension or Profit-
Sharing Plan or Public Employee Deferred Compensation Plan. (iii) A check in Item 7(c) above is valid only if the proposed insured's current spouse
is named as the beneficiary.

O36K-16

## Agreement

*I have read this application and agree that all statements and answers are true and complete to the best of my knowledge and belief. It is also agreed that:*

1. The statements and answers in Part A and if applicable Supplements I and II to Part A, Part B and the Aviation and/or Avocation Questionnaire, are the basis of any policy issued.
2. No sales representative or other person except the President, Secretary or a Vice-President of Metropolitan may (a) make or change any contract of insurance, or (b) make any binding promises about insurance benefits; or (c) change or waive any of the terms of an application, receipt or policy.
3. No information about any person to be insured will be considered to have been given to Metropolitan unless it is stated in this application.
4. Except as set forth in the Receipt and Temporary Insurance Agreement, Metropolitan will have no liability until a policy is delivered personally to the owner and the full first premium due is paid. The policy will then be in effect as of its date of issue. But it will not be in effect unless at the time it is delivered
   (a) the condition of health of each person to be insured, and of the applicant if the Applicant's Waiver of Premiums Benefit is applied for, is the same as given in the application;
   and
   (b) no person to be insured, nor the Applicant if the Applicant's Waiver of Premiums Benefit is applied for, has received any medical advice or treatment from a physician or other practitioner since the date of the application.
5. If any annual dividends are payable on a policy issued under this application, they may be taken in cash or used in any other way provided by the policy. A choice may be made by an entry in item 3(e). If there is no such entry, annual dividends will be: (a) left with Metropolitan to earn interest if the policy is a Term Plan or if Item 3(d) is checked, or (b) used to buy paid-up additional insurance if the policy is a Life plan and Item 3(d) is not checked; or (c) used as stated in the policy applied for.

**If dividends are left with Metropolitan to earn interest and Item 3(o) is not checked, the owner certifies, under penalty of perjury, that the owner's Social Security or Tax I D. number shown in Item 1 or 6(a) is correct and the owner**

☐ Is
☒ Is not
**subject to a backup withholding order issued by the IRS.**

| WITNESS (Licensed Resident Agent) | PLACE (City/State where signed) | Mo Day Yr | SIGNATURE |
|---|---|---|---|
| D. Art — Witness to Signature in (A) | LORRAINE, KS | 8/22/95 | [signature] — (A) Proposed Insured (Age 15 or Over) |
| Br/Dist. No C-11 Agency 859 ... 4 | | | |
| D. Art — Witness to Signature in (B) | LORRAINE, KS | 8/22/95 | X Mary L. Loudenslager — (B) Other Proposed Insured |
| Witness to Signatures in (C) and (D) | | | (C) Owner (if named in Item 6) |

If Owner is a firm or corporation, enter on line (C) full business name as it appears in Item 6, and have a partner or officer (other than Proposed Insured) sign on line (D) and give title

(D)

Signature Title

Complete Only for a Juvenile Policy. Also be sure to complete Part 6 and have Owner sign in (C) above

Witness to Signature in (E) (E) Applicant (Juvenile Policy)

Witness to Signature (F) (F) Child (required only if a New York State resident and exact age is between 14½ and 15)

*Also to be signed below if Applicant or Owner is not a parent, guardian* or person liable for child's support.

I consent to this application for insurance on the life of the Proposed Insured. I have read the answers in this application, and they are true and complete to the best of my knowledge and belief.

Witness to Signature in (G) *(G) Parent, Guardian or Person* Liable for Child's Support

**12.**
**Non-Medical**
**Data**

For any Yes answers to items (a.) through (f.), give details below.

Has any person proposed for insurance

(a.) Ever had an application for Life or Health Insurance declined, postponed, rated, modified or required an extra premium?

(b.) Any other application for Life or Health insurance now pending or planned in this or any other company?

(c.) Intentions in connection with the policy applied for, to borrow against, surrender or discontinue existing insurance or annuities (including Group) in force with this or any other insurer?

(d.) Had a driving license suspended or revoked in the last 3 years; or been convicted of 3 or more moving violations in the last 3 years; or ever been convicted of driving while impaired or intoxicated?

(e.) Been outside the U.S. or Canada in the past 2 years, or intend to be in the next 12 months?

(f.) Ever used heroin, cocaine, barbiturates or other drugs, except as prescribed by a physician or other licensed practitioner; or received treatment or advice from a physician or other practitioner regarding the use of alcohol, or the use of drugs except for medical purposes; or received treatment or advice from an organization which assists those who have an alcohol or drug problem?

(g.) Flown as a pilot, student pilot, crew member or passenger (except on a scheduled airline) in the last 2 years or intend to do so in the next 12 months? If Yes, complete the Aviation Questionnaire.

(h.) Engaged in, or plan to engage in Automotive, Motorcycle or Power Boat Sports; Bobsledding; Ballooning; Scuba or Sky Diving; Hang Gliding (including Slope Soaring, Para-kiting, etc.); Mountain Climbing; Parachuting, Snowmobile Racing or any other hazardous sport or hobby? If Yes, complete the Avocation Questionnaire.

**Details**

Item No.

**Driver's**
**License**
**Data**

In ALL cases, give name, driver's license number and state of issue for each person to be insured.

LAMONT A. LOUDENSLAGER                                                KS

O36K-16

DO NOT WRITE HERE

101348377 -7

**SUPPLEMENT 1 TO PART A**
## Other Persons to be Insured by Riders

**1. Identity of other Persons to be Insured** 101232045 5

| Full First Name, Middle Initial, Last Name | Sex | Relationship to Proposed Insured | Date of Birth Mo./Day/Yr. | State/ Country of Birth | Co. Use Enter Age Last Birthday | Height Ft. In. | Weight Pounds | Total Life Insurance in all companies (Including Metropolitan) | Social Security Number |
|---|---|---|---|---|---|---|---|---|---|
| KYM | F | Spouse | 57 | MN/USA | 5'3" | 110 | 50,000 | ▓▓9352 |
| KALAE | F | daughter | 90.K3/USA | 5 | 3'10" | 55 | 4,000 | ▓▓-3647 |

**2.**
**Benefits**
(if available with the plan applied for)

☐ Income Benefit on Insured Spouse $

☐ Spouse 10 Year Term Rider $

☐ Applicant's Waiver of Premiums Benefit (AWB) (Include applicants name in Item 1. above.)

☒ Spouse 1 Year Term Rider $ 50,000

☒ Children's Term $ 5,000
(Enter the names of all eligible children in Item 1. above.)

**3.**
**Occupation of Spouse or Applicant for AWB**

(a.) Job Title and Duties HOMEMAKER

(b.) Employed by _____ How Long 17 YRS

(c.) Actively at work? (If a homemaker are you performing regular household duties? If a student, are you attending school regularly? If No, attach explanatory letter.)   Yes ☒   No ☐

**4.**
**Tobacco Use**

Indicate date Spouse or Applicant for AWB last smoked/used:

cigarette ▓▓▓   cigar ▓▓▓   pipe ▓▓▓   smokeless tobacco

**5.**
**Attending Physician**

(a.) Name and address of personal physician, practitioner or health facility used by Spouse or Applicant for AWB ▓▓▓▓▓▓▓▓

(b.) Date of last consultation 5/95

(c.) Reason for consultation and diagnosis, treatment and advice. ▓▓▓▓▓▓

## Complete if Principal Proposed Insured is a Dependent Spouse or a Minor

**6.**
**If Principal Proposed Insured is a Dependent Spouse**

(a.) Name of Proposed Insured's Spouse _____ Age _____ Income _____

(b.) Total amount of Life Insurance in force on Proposed Insured's Spouse $ _____
In which companies:

(c.) Is separate application being concurrently submitted on Proposed Insured's Spouse?   Yes ☐   No ☐
If Yes, give details

**7.**
**If Dependent or Partly Dependent Minor, Including College Students**

State total life insurance on other family members (See Rate Manual for insurance requirements on head of family):

| | Amount In Force—Applied for | | Age | Amount In Force—Applied for |
|---|---|---|---|---|
| (Father) | | (Brothers) | | |
| (Mother) | | (Sisters) | | |

O36K-16-SUPP-1

DO NOT WRITE HERE

**MetLife**
(a) Metropolitan Life Insurance Company
( ) Metropolitan Insurance and Annuity Company

101242045  6

## Authorization and Acknowledgement Form

For underwriting and claim purposes, I permit:

—Any physician or other medical practitioner, hospital, clinic, other medically related facility, consumer reporting agency, or the Medical Information Bureau, Inc. (MIB) to give Metropolitan data of a medical nature. This data includes findings on medical care, psychiatric or psychological care or examination, or surgery that apply to me or to any of my children who are to be insured. I specifically authorize the disclosure to Metropolitan of any information concerning sexually transmitted diseases including venereal diseases, any Human Immunodeficiency Virus (HIV) test results, or information about Acquired Immune Deficiency Syndrome (AIDS) or AIDS related conditions, or confidential HIV-related information, and any information concerning a serious communicable disease, and any information concerning mental health. Also, any insurer may give Metropolitan medical data described above and data about current or pending coverage I may have with them.

—Metropolitan to get consumer reports, investigative consumer reports and motor vehicle reports about me or any of my children who are to be insured.

—Any employer, business associate, financial institution, insurer, government unit or MIB to give Metropolitan any data that they may have about the occupation, avocations, driving record, finances, character, general reputation and aviation activities of myself or my children to be insured.

I understand that:

—My medical records, including any alcohol or drug abuse data, may be protected by Federal Regulations—42 CFR Part 2. I permit Metropolitan to get any data for the reasons set forth above. I consent to the re-disclosure of such data as set forth on this form.

—Information concerning mental illness, HIV, AIDS, HIV-related illness and sexually transmitted or other serious communicable diseases may be controlled by various state or federal laws and regulations. I consent to the re-disclosure of such information as described in this form and as otherwise required or permitted by law.

—All or part of the data which Metropolitan gets may be sent to MIB. It may also be disclosed to and used by any Metropolitan reinsurer, employee, affiliate or contractor who performs any business service on any insurance I may have applied for or have with Metropolitan. If my application is declined or I am offered coverage in a substandard classification, Metropolitan may disclose all or part of the data to a substandard or declined risk broker or insurer that has obtained my written authorization to obtain such data.

—Information concerning myself, including HIV results, AIDS, HIV-related illnesses and serious communicable diseases may also affect the insurability of my spouse and children. To the extent Metropolitan may be considering applications on other family members, I consent to the use of such information to determine their insurability.

—I may ask to be interviewed if any investigative consumer report is obtained about me. Please get in touch with me between the hours of 09:w Am and 04:o Pm. My phone number is (Area Code—Number) ████████  (CHURCH)  (HOME)

My consent to get the data described in this form will end two years from the date shown below or for a shorter period if such period is prescribed by law. I may at any time, however, revoke my permission to get any data protected by 42 CFR Part 2 or any other federal or state law or regulation which provides for such revocation. Any action taken before revocation, however, will be valid.

I have been given Metropolitan's Consumer Privacy Notice. I know that I have a right to get a copy of this form. **A photocopy of this form is as valid as the original form.**

_signature_
**Witness**

8/22 '95
**Date**

**Print Surname as it is on records if different from that signed above.**

**Signature of Applicant** (if Applicant's Waiver of Prem ums Benefit is requested)

LAMONT A. LOUDENSLAGER
**Print Name of the Proposed Insured**

x _signature_
**Signature of the Proposed Insured** (If Proposed Insured is under age 15, Signature of Parent, Guardian or Person liable for child's support)

KYM L. LOUDENSLAGER
**Print name of the Proposed Insured's Spouse**

x Kym L. Loudenslager
**Signature of the Proposed Insured's Spouse** (if insurance coverage is requested)

036K-16-P-AUTH

# SALES REPRESENTATIVE'S REPORT

The following will be used in the evaluation of the application.

Note: When case is Nonmedical and Sales Representative is related to any person to be insured or is not authorized to write Nonmedical, Branch District Management must (1) verify the answers to Part A and (2) complete and sign this report.

| 1. General Information | (a) Modal Premium | Annualized Premium (Annual Mode) Target Premium for Universal Life policies) | | Production Credit $ |
|---|---|---|---|---|

(b) In all cases where the annualized premium is more than $3,000 and the limited premium option is not elected, Form 15748 must be completed and submitted with the application. In such cases, check the box below.

☐ Form 15748 completed and attached to application

(c) For split commission cases involving two representatives, provide the information requested below indicating the percentage of commission applicable to each (If more than two representatives are involved, complete Form 2024).

| | Print Name | Structure | Br./Dist | Agency/Index | Percent |
|---|---|---|---|---|---|
| 1st Rep | | | | | 00 |
| 2nd Rep | | | | | 00 |

(d) Was a Personalized Sales Presentation (PSP) used in connection with this sale? — Yes ☒ No ☐

(e) For VUL or FPMLI or variable distributor — Yes ☐ No ☒

(f) Have you given a copy of the Data Bank Consumer Privacy Notice? — Yes ☒ No ☐

| 2. If Medical Examination or Evaluation is Required | (a) Type | Paramed | Medical Examiner | | ☐ |
|---|---|---|---|---|---|
| | (b) Place | Place of Business | Examiner's Office | Residence ☐ | Paramedical Facility ☒ |
| | (c) Appointment Date | | Time | | |

| 3. Relationship to Proposed Insured(s) | (a) ☐ Relative by blood or marriage. Relationship |
|---|---|

(b) Known { ☐ Well ☐ Slightly } for ___ years, through { ☐ Church or Party ☐ Business or College ☐ Socially } ☒ Not known previously

| 4. Replacement | (a) Is this a replacement? Yes ☐ No ☒ If Yes, have you completed replacement forms? Yes ☐ No ☐ Not required ☒ |
|---|---|

(b) Is any part of the first premium to be paid by cash value, or change in amounts on Life Insurance in force in this or any other company? If Yes, give details on page 2. — Yes ☐ No ☒

| 5. Certification and Signatures | (a) Did you see all of those to be insured on the date the application was written? — Yes ☒ No ☐ |
|---|---|

If No, indicate on page 2 who was not seen and why. Give address, if other than that of principal Proposed Insured.

(b) Each question was asked of the persons to be insured and answered as recorded. All answers are correct to the best of my knowledge and belief.

Date  8/22/95            Signature and Title  D - Alt

(c) To Be Completed by Sales Representative Where Required by State Law.

I certify that any required written disclosure statement was given to the applicant no later than the date this application was signed.

Date ___            Signature ___

---

**To be Completed by Branch Manager or District Sales Manager**

| 1. Additional Policy | (a) Do you request issue of an additional policy? Yes ☐ No ☐ If Yes, complete (b) and (c) below. |
|---|---|

(b) Amount $ ___            Plan ___            Optional Benefits ___

Note: The total amount requested will govern the medical and/or consumer requirements (which may differ from the requirements for the amount reported on Part A).

(c) Modal Premium $ ___            Annualized Premium $ ___            Production Credit $ ___

Use UL product Annual Mode, Target Premium

| 2. Review | Have you personally reviewed this application and the Persistency Rule, if required? — Yes ☐ No ☐ |
|---|---|

| 3. Signature | Has the Sales Representative's Report been completed by Branch District Management? — Yes ☐ No ☐ Not Required ☐ |
|---|---|

Date ___            Signature and Title ___

| Branch/District No., Name and State | Dist Office No., Name and State or Point, if different there | Account Number from both | List Name of Sales Representative (Print Plainly) | Title |
|---|---|---|---|---|
| C-II Flint Hills | | 859-4 | ALT | |

036K-16-SR-R

101348377-**13**

(If Juvenile Policy, obtain information on Proposed Insured from Parents)

Show all companies—Fraternal, Group, Savings Bank, Government, Fraternals, etc., for all persons to be insured

**1.**
**Details of Total Life Insurance In Force**

| Name | Company (if Met, give policy number) | Amount | Plan | Year of Issue | Check if Bus. Ins |
|------|------|------|------|------|------|
| Lamont Loudenslager | Ministers Life | | ~~UL~~ ~~Term~~ | 90 | ☐ |
| Lamont Loudenslager | Old Line Life | | UL | 90 | ☐ |
| Kym L. Loudenslager | Old Line Life | | UL | 90 | ☐ |
| Ralol Loudenslager | Old Line Life | | Term | 90 | ☐ |
| | | | | | ☐ |
| | | | | | ☐ |

Total Accidental Death Benefit in force on each person—give names and amounts, and indicate whether business or personal.

**2.**
**Financial Information**

☒ Statement of Proposed Insured(s)   ☐ Sales Representative's estimate

| | Annual Earned Income | Income from Other Sources Amount | Source | Personal Net Worth—complete for insurance amounts of $100,000 or more |
|------|------|------|------|------|
| Proposed Insured | | | | |
| Spouse or Applicant for AWB | | | | |

Premiums will be paid by:   ☒ Proposed Insured   ☐ Other—Name

Relationship to Proposed Insured                    Estimated annual income of premium payer

**3.**
**Business Addresses**

Print Proposed Insured's present and previous Business addresses. Give addresses for last 3 years if amount of insurance is $150,000 or less; for 5 years if $150,001 to $499,999, for 10 years if $500,000 or more. If more space is required, use Page 2

| | Employer | Street and Number | City or Town | State and Zip Code | From Mo. Yr. | To Mo. Yr. |
|------|------|------|------|------|------|------|
| Proposed Insured | FIRST BAPTIST | | | | | |
| Spouse or Applicant for AWB | | | | | | |

**4.**
**Residence Addresses**

Print Proposed Insured's present and previous Residence Addresses. Give addresses for last 3 years if amount of insurance is $150,000 or less; for 5 years if $150,001 to $499,999, for 10 years if $500,000 or more. Also give this information for others to be insured if different from Proposed Insured. If more space is required, use Page 2.

| | Street and Number (if R.D., state number) Apt. No. or Floor. | City or Town (if in country, give distance from and name of trading town and nearest post office) | State and Zip Code | From Mo. Yr. | To Mo. Yr. |
|------|------|------|------|------|------|
| Proposed Insured | | | | | |
| Spouse or Applicant for AWB | | | | | |

**5.**
**Previous Name**

Give previous name for any change of name within last 5 years (applies to any person to be insured).

**6.**
**Telephone Numbers**

| | Number. | Most convenient time for call. | Most convenient place to call. |
|------|------|------|------|
| Proposed Insured | | 09:00 AM - 04:00 PM | CHURCH |
| Spouse or Applicant for AWB | | | |

O36K-16-SI

FILE COPY
DISTRICT # : C11... ...
CASE NUMBER: 195274873
UNDERWRITER: SHELLY  ERICKSON

**MetLife**®

MINISTERS LIFE, A MUTUAL CO
P O BOX 910
MINNEAPOLIS, MN. 55440

INSURED:
Lamont Loudenslager

DOB:                    /54
POLICY :     L6988776

Gentlemen:

We have received an application which indicates that insurance
inforce in your company may be lapsed, borrowed against or
otherwise so affected as to be considered a replacement.

We are giving you this information as you may wish to bring to
your policyholder's attention any reasons why, in his or her
interest, your policy should be continued inforce.

A Notice Regarding Proposed Replacement of Life Insurance or
Annuity will be forwarded to you when received.

Sincerely yours,

*Cynthia Schmadeke*

Cynthia Schmadeke, Director
New Business Sales Support
Mid-America Head Office

September 20, 1995

FILE COPY

DAAADN IRM (6/50)

**MetLife**

[ ] Metropolitan Life Insurance Company
[ ] Metropolitan Insurance and Annuity Company)
[ ] Metropolitan Tower Life Insurance Company)

(X-Company for New App.)

Central Head Office
12002 East 51st Street
P.O. Box 700, Tulsa, OK 74121
(918) 252-8698

# Important Notice Regarding Replacement of Life Insurance Or An Annuity
### (To be used where the existing and proposed contracts are written by different companies).

Our agent is recommending to you that you purchase Life Insurance or an Annuity from us, in connection with this purchase, you have indicated either as a result of his recommendation or at your own initiative, that you may terminate or change your existing contract issued by another insurance company or that you may obtain a loan from that company against your contract to make payments on the proposed contract. Any of these actions is replacement. This notice must be given to you. Please read it carefully.

Whether it is to your advantage to replace your existing contract, only you can decide. It is in your best interest, however, to have adequate information before a decision to replace your present contract becomes final so that you may understand the essential features of the proposed and existing contracts.

To this end, we are required to notify the insurance company that issued your existing contract. That company may then furnish you additional information concerning your existing contract. You may want to contact that company or its agent for further information and advice or discuss your purchase with other advisors. The information you receive will be of value to you in reaching a final decision. If life insurance is involved, we are also required to give you a Policy Summary including complete information on the proposed policy no later than when that policy is delivered to you.

If either the proposed contract or the existing contract you intend to replace is participating, you should be aware that dividends may materially reduce the cost of the contract and are an important factor to consider. Dividends, however, are not guaranteed.

In the case of life insurance, you should also recognize that a policy which has been in existence for a period of time may have certain advantages to you over a new policy. If the policy coverages are basically similar, the premiums for a new policy may be higher because rates increase as your age increases. Under your existing policy, the period of time during which our company could contest the policy because of a material misstatement or omission on your application, (or deny coverage, for death caused by suicide), may have expired or may expire earlier than it will under the proposed policy. Your existing policy may have options which are not available under the policy being proposed to you or may not come into effect under the proposed policy until a later time during your life. Also, your proposed policy's cash values and dividends, if any, may grow slower initially because the company will incur the cost of issuing your new policy.

On the other hand, the proposed contract may offer advantages which are more important to you.

If you are considering borrowing against, or withdrawing funds from, your existing contract to pay for the proposed contract, you should understand that the amount of unpaid loan, including unpaid interest, or withdrawal, including any charges, will be deducted from the benefits of your existing contract.

After we have received your application and notified the other insurance company you will have twenty days from the date the proposed contract is delivered to you to cancel it and receive back all payments you made to us.

### Caution

If, after studying the information made available to you, you decide to replace the existing contract with our company with a new contract, you are urged not to take action to terminate or alter your existing contract until after you have been issued the new contract, examined it and have found it to be acceptable to you. In the case of life insurance, if you should terminate or otherwise materially alter your existing coverage and fail to qualify for the new life insurance, you may find yourself unable to purchase other life insurance or able to purchase it only at substantially higher rates.

The following policy(ies) may be replaced as a result of this transaction:

| Insurer as it appears<br>on the policy | Insured as it appears<br>on the policy | Policy Number* |
|---|---|---|
| _[handwritten]_ | _[handwritten]_ | _[handwritten]_ |

I have received and read a copy of this Replacement Notice.

_____
Applicant

_____
Date

*or application or receipt number

**Head Office Copy**

18000038658 (0991)

or application or receipt number

Head Office Copy

Our Local Office Is Located At:
FILE COPY
DISTRICT # : C11
CASE NUMBER: 195274873
UNDERWRITER: SHELLY ERICKSON

**MetLife** ®

OLD LINE LIFE INS CO OF AMER
P O BOX 401
MILWAUKEE, WI. 53201

INSURED:
Lamont Loudenslager

DOB:                    /54
POLICY :    1650010L

Gentlemen:

We have received an application which indicates that insurance
inforce in your company may be lapsed, borrowed against or
otherwise so affected as to be considered a replacement.

We are giving you this information as you may wish to bring to
your policyholder's attention any reasons why, in his or her
interest, your policy should be continued inforce.

A Notice Regarding Proposed Replacement of Life Insurance or
Annuity will be forwarded to you when received.

Sincerely yours,

*Cynthia Schmadeke*

Cynthia Schmadeke, Director
New Business Sales Support
Mid-America Head Office

September 20, 1995

FILE COPY

CRAADW FRM (6-90)

# TELEPHONE INTERVIEW REQUEST FORM

```
HEAD OFFICE: M        UNDERWRITER ID:        CASE #: 195-274-873
REQUEST NUMBER: 01    REQUEST DATE: 08/25/95  PRINT DATE: 08/25/95
AGENT NAME: DONALD ALT                        R71 D/A/1:C11-859-4
```

PLEASE CALL LAMONT LOUDENSLAGER
PLACE: H TIME: 09 AM - 04 PM HOME: ▮▮▮▮▮▮   BUS: ▮▮▮▮▮▮
APPLICANT: LAMONT LOUDENSLAGER
AGE: 41  DOB: ▮▮▮/54 SEX: M SS#: ▮▮▮▮ 4347 MAR STAT: M
RES ADDR: ▮▮▮▮▮▮                              LANG: ENGLISH

HEIGHT: 5 FT 10 IN  WEIGHT: 165 LB  RELATIONSHIP TO OWNER: 1
DR LIC #:                    ST:
JOB TITLE: PASTOR            EMPLOYER: FIRST BAPTIST
PHYSICIAN: DENNIS KEPKA FAMILY PRA ADDR: ELLSWORTH COUNTY HOSPITA
CITY: ELLSWORTH            ST: KS UNDERWRITING AMT:    100000

## *** TELEPHONE INTERVIEWER RECORD ***

| CALLERS INITIALS | NO ANSWER (DATE) | INCOMPLETE INTERVIEW (DATE) | DATE RETURNED TO UNDERWRITER NO COMPLT.INT. | DATE INT. COMPLT. | LENGTH OF CALL |
|---|---|---|---|---|---|
| KR | 8/28 1:25 | home # is wrong (0) 4? ? | | | 312 |
| KR | 8/28 1:36 | N/A | | | |
| KR | 8/28 4:15 | tried dialing ▮▮▮▮▮▮ | | N/A | |
| | | sent 9/4/01 | | | |
| KR 9/5 10:35 | | | | | |

INTERVIEW CONDUCTED WITH: (X)PROPOSED INSURED ( )SPOUSE
                          ( )OTHER:
INTERVIEWEES  RXN TO CALL: (X)FAVORABLE ( )UNFAVORABLE ( )NEUTRAL

COMPLETE THE FOLLOWING FORMS:
(X) GENERAL FORM
( ) MEDICAL FORM      -- ( ) A  ( ) B  ( ) C  ( ) D
( ) FINANCIAL FORM    -- ( ) A  ( ) B  ( ) C
( ) AVIATION FORM     -- ( ) A  ( ) B  ( ) C
( ) AVOCATION FORM    -- RE:
( ) SUPPLEMENTARY QUEST. -- NUMBERS:
( ) OCCUPATION FORM   -- NUMBERS:
( ) JUVENILE FORM     -- AWB REQUESTED
ADDITIONAL INSTRUCTIONS



**❖ MetLife** 101232945 9

☐ Metropolitan Life Insurance Company
☐ Metropolitan Insurance and Annuity Company
☐ Metropolitan Tower Life Insurance Company

(X Company for New App.)

Central Head Office
12902 East 51st Street
P.O. Box 500, Tulsa, OK 74121
(918) 252-8658

# Important Notice Regarding Replacement of Life Insurance Or An Annuity

(To be used where the existing and proposed contracts are written by different companies.)

Our agent is recommending to you that you purchase Life Insurance or an Annuity from us. In connection with this purchase, you have indicated either as a result of his recommendation or at your own initiative, that you may terminate or change your existing contract issued by another insurance company or that you may obtain a loan from that company against your contract to make payments on the proposed contract. Any of these actions is replacement. This notice must be given to you. Please read it carefully.

Whether it is to your advantage to replace your existing contract, only you can decide. It is in your best interest, however, to have adequate information before a decision to replace your present contract becomes final so that you may understand the essential features of the proposed and existing contracts.

To this end, we are required to notify the insurance company that issued your existing contract. That company may then furnish you additional information concerning your existing contract. You may want to contact that company or its agent for further information and advice or discuss your purchase with other advisors. The information you receive will be of value to you in reaching a final decision. If life insurance is involved, we are also required to give you a Policy Summary including complete information on the proposed policy no later than when that policy is delivered to you.

If either the proposed policy or the existing contract you intend to replace is participating, you should be aware that dividends may materially reduce the cost of the contract and are an important factor to consider. Dividends, however, are not guaranteed.

In the case of life insurance, you should also recognize that a policy which has been in existence for a period of time may have certain advantages to you over a new policy if the policy coverages are basically similar, the premiums for a new policy may be higher because rates increase as your age increases. Under your existing policy, the period of time during which our company could contest the policy because of a material misstatement or omission on your application, (or deny coverage, for death caused by suicide), may have expired or may expire earlier than it will under the proposed policy. Your existing policy may have options which are not available under the policy being proposed to you or may not come into effect under the proposed policy until a later time during your life. Also, your proposed policy's cash values and dividends, if any, may grow slower initially because the company will incur the cost of issuing your new policy.

On the other hand, the proposed contract may offer advantages which are more important to you.

If you are considering borrowing against, or withdrawing funds from, your existing contract to pay for the proposed contract, you should understand that the amount of unpaid loan, including unpaid interest, or withdrawal, including any charges, will be deducted from the benefits of your existing contract.

After we have received your application and notified the other insurance company you will have twenty days from the date the proposed contract is delivered to you to cancel it and receive back all payments you made to us.

### Caution

If, after studying the information made available to you, you decide to replace the existing contract with our company with a new contract, you are urged not to take action to terminate or alter your existing contract until after you have been issued the new contract, examined it and have found it to be acceptable to you. In the case of life insurance, if you should terminate or otherwise materially alter your existing coverage and fail to qualify for the new life insurance, you may find yourself unable to purchase other life insurance or able to purchase it only at substantially higher rates.

The following policy(ies) may be replaced as a result of this transaction:

| Insurer as it appears on the policy | Insured as it appears on the policy | Policy Number* |
|---|---|---|
| | | |
| | | |

I have received and read a copy of this Replacement Notice.

_____ Applicant     _____ Date

11886-A-KS (0991) Printed in U S A
18000038658 (0991)

*or application or receipt number                                    **Head Office Copy**

 **MetLife**

☐ Metropolitan Life Insurance Company
☐ Metropolitan Insurance and Annuity Company
☐ Metropolitan Tower Life Insurance Company

(X-Company for New App )

Central Head Office
12902 East 51st Street
P.O. Box 500, Tulsa, OK 74121
(918) 252-8658

# Important Notice Regarding Replacement of Life Insurance Or An Annuity

## (To be used where the existing and proposed contracts are written by different companies).

Our agent is recommending to you that you purchase Life Insurance or an Annuity from us. In connection with this purchase, you have indicated either as a result of his recommendation or at your own initiative, that you may terminate or change your existing contract issued by another insurance company or that you may obtain a loan from that company against your contract to make payments on the proposed contract. Any of these actions is replacement. This notice must be given to you. *Please read it carefully.*

Whether it is to your advantage to replace your existing contract, only you can decide. It is in your best interest, however, to have adequate information before a decision to replace your present contract becomes final so that you may understand the essential features of the proposed and existing contracts.

To this end, we are required to notify the insurance company that issued your existing contract. That company may then furnish you additional information concerning your existing contract. You may want to contact that company or its agent for further information and advice or discuss your purchase with other advisors. The information you receive will be of value to you in reaching a final decision. If life insurance is involved, we are also required to give you a Policy Summary including complete information on the proposed policy no later than when that policy is delivered to you.

If either the proposed contract or the existing contract you intend to replace is participating, you should be aware that dividends may materially reduce the cost of the contract and are an important factor to consider. Dividends, however, are not guaranteed.

In the case of life insurance, you should also recognize that a policy which has been in existence for a period of time may have certain advantages to you over a new policy. If the policy coverages are basically similar, the premiums for a new policy may be higher because rates increase as your age increases. Under your existing policy, the period of time during which our company could contest the policy because of a material misstatement or omission on your application, (or deny coverage, for death caused by suicide), may have expired or may expire earlier than it will under the proposed policy. Your existing policy may have options which are not available under the policy being proposed to you or may not come into effect under the proposed policy until a later time during your life. Also, your proposed policy's cash values and dividends, if any, may grow slower initially because the company will incur the cost of issuing your new policy.

On the other hand, the proposed contract may offer advantages which are more important to you.

If you are considering borrowing against, or withdrawing funds from, your existing contract to pay for the proposed contract, you should understand that the amount of unpaid loan, including unpaid interest, or withdrawal, including any charges, will be deducted from the benefits of your existing contract.

After we have received your application and notified the other insurance company you will have twenty days from the date the proposed contract is delivered to you to cancel it and receive back all payments you made to us.

### Caution

If, after studying the information made available to you, you decide to replace the existing contract with our company with a new contract, you are urged not to take action to terminate or alter your existing contract until after you have been issued the new contract, examined it and have found it to be acceptable to you. In the case of life insurance, if you should terminate or otherwise materially alter your existing coverage and fail to qualify for the new life insurance, you may find yourself unable to purchase other life insurance or able to purchase it only at substantially higher rates.

The following policy(ies) may be replaced as a result of this transaction:

| Insurer as it appears on the policy | Insured as it appears on the policy | Policy Number* |
|---|---|---|
| Metrolin | Lowell Lindseyer | |

I have received and read a copy of this Replacement Notice.

_____          _____
Applicant                                                          Date

Name of Insured/Annuitant/Applicant

LAMONT   LOUDENSLAGER
Agency
859
District/Branch
C11

**Application Amendment**

To [X] Metropolitan Life Insurance Company:
  [ ] Metropolitan Insurance and Annuity Company:
  [ ] Metropolitan Tower Life Insurance Company:
I amend the application referred to above, as follows:

Application Number

Date of this Form
10/02/95
Policy/Contract Number
958 201 834 UM

CASE # - 195 274 873

**MetLife**

| DO NOT ALTER OR AMEND THIS FORM (SEE INSTRUCTIONS) |
|---|

AMEND SURNAMES ON PAGE 7 TO LOUDENSLAGER
AMEND 11E TO YES-WIFE KYM HAD APPENDIX OUT IN 2ND GRADE

**This application amendment** is part of the application referred to above and is subject to the agreements in that application.
The application and this amendment are part of the policy/contract to which they are attached.
To the best of my knowledge and belief, the statements and answers in the application as amended by this form are true and complete as of the date this form is signed. There are no facts or circumstances which would require a change in the answers in the application, except as shown above.

| Witness (Licensed Resident Agent) | Place | Mo. Day. Yr. | Signature |
|---|---|---|---|
| Witness to Signature (A) | | | (A) Insured/Annuitant/Applicant |
| Witness to Signature (B) | | | (B) Spouse (if Spouse signed application) |
| Witness to Signatures in (C) or (D) | | | (C) Owner (if other than (A) above) |

If Owner is a firm, corporation or trust, enter full name on line
(C) and have one or more partners, officers or trustees sign
on line (D), and give their titles.                    (D)

Return signed forms to ___ MID-AMERICA ___ Head Office/Home Office

New Business Processing Center ___ Unit

**FILE COPY**

**Metropolitan Life Insurance Company**
P.O. Box 2003
Aurora, IL 60507-2003



101762345 15

Lamont Loudenslager                                        11/03/95

█████████████████

Dear  Lamont Loudenslager

Thank you for giving us the opportunity to provide for your insurance needs.   If you have any questions concerning this policy please feel free to contact your branch office at 913-234-1505.

Please take a moment to read the attached Notice Of Free Look Right.   It contains important information concerning your rights with regard to your policy.

Again, thanks for placing your confidence in the MetLife family.   We hope to continue to meet  your financial service needs.


MidAmerica Head Office
New Business Sales Support


CAAGLX

**Metropolitan Life Insurance Company**
P.O. Box 2003
Aurora, IL 60507-2003



Lamont Loudenslager

Date of Mailing: 11/03/95
Policy Number: 958 201 834 UM
Insured:  Lamont Loudenslager

Plan: **Flexible Premium Multifunded**
**Life Insurance**

Premium Mode: CHECK-O-MATIC
Planned Premium Payment:

## Notice of Free Look Right

We are sending you this notice to comply with the laws administered by the Securities and Exchange Commission. Please read this notice and keep it with your records.

You recently purchased a Flexible Premium Multifunded Life Insurance Policy from us. The policy's cash value will vary with the investment experience of the investment divisions of MetLife Separate Account UL to which amounts are allocated and the fixed rates of interest earned by allocations to the General Account, as discussed in the policy. Please examine your policy. You have the right to surrender the policy without charge and return it and receive a full refund of all premiums paid (Free Look Right ).  The deadline for exercising this Free Look Right is the latest of:

* 10 days after you received the Policy (except where state law requires a longer period for replacement policies);

* 45 days from the date you completed Part A of the application; or

* 10 days from the date of the postmark of the mailing of this notice.

If the policy is returned, we will treat it as if it were never issued, and we will promptly refund any premium paid.

In determining whether or not to exercise your Free Look Right, you should consider, among other things, the projected cost of your policy and your ability to make any additional premium payments required to keep the policy in force in the event the cash value of the policy (less indebtedness) is insufficient to pay the monthly deductions as they come due.  The policy describes the circumstances under which the policy will terminate.

You also received a Prospectus describing the deductions from premiums before amounts are allocated to Separate Account UL and/or the General Account of MetLife, the monthly deductions from the policy's cash value, and the charges against the Separate Account. Total premium expense charges of 5.50% are deducted from all premium payments. These charges consist of a sales charge of 2%, a federal tax recovery charge of 1.50% and a state premium tax charge of 2%. In addition the policy's cash value will be reduced by a monthly deduction equal to the sum of:

* a monthly cost of term insurance charge;

* the cost of any optional insurance benefits added by the rider;

* during the first year a base administrative charge ranging from $5.00 to $20.00 amount of the policy based on age; thereafter a base administration charge ranging from $5.00 to $9.00 based on the specified face amount of the policy.

* during the first year, a monthly administrative charge equal to $.25 per thousand dollars of specified face amount.

Any request by a policy owner that results in an increase in the death benefit will result in a one-time expense charge of $5.00 per thousand dollars of increase. The monthly deduction will vary in amount from month to month.

At present, there is no transfer fee charged against the cash value of the policy for transfers among the separate accounts.  The company, however, reserves the right in the future to assess a charge of up to $25.00 against each transfer.

If the policy is cash surrendered within the first fifteen policy years a surrender charge will be deducted. The surrender charge will be based on a charge per thousand of the specified rate amount, the death benefit option and age of the insured at issue or at the time of an increase in the specified face amount, which declines over the fifteen policy years to zero after the fifteenth year.

In addition, a daily charge equivalent to an effective annual rate of .90% of the average daily net asset value of each investment division of Separate Account UL will be deducted from the Separate Account for certain mortality and expense risks.

If you decide to surrender your policy, under the Free Look Right, complete the attached form.   Return the form and your policy according to the instructions on the form. The returned form must be postmarked on or before the deadline described above.

**Metropolitan Life Insurance Company**

Joseph A. Reali
Vice-President and Secretary

Metropolitan Life Insurance Company
P.O. Box 2003
Aurora, IL 60507-2003



Date of Mailing: 11/03/95

Policy Number: 958 201 834 UM

Insured:   Lamont Loudenslager

Plan:   **Flexible Premium Multifunded
Life Insurance**

Lamont Loudenslager

Premium Mode: CHECK-O-MATIC

Planned Premium Payment:

## Request for Return of Premiums Paid

**Instructions
Please Read Carefully**

If, after reading the enclosed notice, you elect to return your policy under the Free Look Right, you must:

1. Sign and date the attached form.

2. Mail this form together with your policy (if received by you) to:

   **MetLife**
   P.O. Box 2003
   Aurora, IL 60507

3. The postmark on the return envelope must be on or before the last date permitted under the Free Look Right, as described in this notice.

4. Check the box on the bottom if you have not yet received your policy at the time of mailing this form.

---

**To be Filled Out by Owner**

## Request for Return of Premiums Paid

**To:   Metropolitan Life Insurance Company**

Pursuant to the terms of the notice previously furnished me by **MetLife**, I hereby return this policy numbered above (the "policy") for surrender and request a full refund of the premium paid by me for the policy. I hereby release **MetLife** from any and all claims arising out of or in connection with the sale or issuance of the policy and I hereby acknowledge that **MetLife's** sole liability with respect to the policy is the refund to me of the premium paid for the policy.

_____          _____
Date                                                      Signature of Policy Owner

**Check box if applicable**

☐  I have not yet received the policy and should it be received. I will return it to MetLife.

07-92                                                                                          CAAGLO

# TELEPHONE INTERVIEW OF PROPOSED INSURED

## INTERVIEW FORM - GENERAL

1. I see that your residence address is ████████████████████
████████████████████████████████████

   a. Is this correct? _YES / NO_
      (If not, please write correct residence address here: _____

      _____

      _____ )

   b. Is your residence address the same as your mailing address? _YES / NO_

      (If not, please write correct mailing address here: _____

      _____

      _____ )

2. In what state did you sign the application? _KS_____

3. Did your agent analyze your Life Insurance holdings, your Social Security, and
   your other financial assets in order to suggest a definite Life Insurance program
   to fit your needs?  _YES / NO_

4. For what purpose or purposes did you buy Life Insurance from MetLife?
   (mark all that apply)

   __ to cover burial and other final
      expenses
   X  to help provide for your family's
      needs after your death
   __ as a way of helping to save money
      for retirement
   __ as a way of helping to save money
      for your children's educational
      expenses
   __ to provide money to pay off a
      mortgage after your death

   __ for business purposes (e.g. key
      person, split dollar, partnership,
      stock redemption, etc.)
   __ for estate liquidity (e.g. to offset
      estate taxes, to cover probate
      expenses, etc.)
   __ for tax sheltered savings
      as a charitable contribution

5. I see that you work for ____First Baptist____
(If employed in Hotel or Restaurant business, complete **SUPPLEMENTAL QUESTIONS 28 - 30**, regarding bartending duties; If disabled, complete **FINANCIAL FORM C - UNEMPLOYMENT** and **MEDICAL FORM**, or provide specific details in health questions.)

How long have you been employed there? ____Jan 90____

6. Are you now actively at work there? ____yes____
(If laid-off, etc., complete **FINANCIAL FORM C - UNEMPLOYMENT**)

7. Have you flown as a pilot, student pilot, or crew member in the last 2 years? _____ (If yes, complete **AVIATION FORM.**)

8. Have you ever engaged in any hazardous sport or hobby such as auto racing or scuba diving? _____ (If yes, complete appropriate **AVOCATION FORM,** either for **SCUBA DIVING**, or for any other Avocation.)

9a. Have you had your driving license suspended or revoked in the last three years? _____

b. Have you been convicted of three or more moving violations in the last three years? _____

If yes: Date(s)_____

Type of violation _____

Drivers license number _____ State _____

10. Have you ever been convicted of driving while intoxicated or impaired? _____
(If yes, complete Supplemental **ALCOHOL QUESTIONS 34 + 35.**)

If yes: Date(s)_____

Details _____
(i.e., was license suspended? accident involved? etc.)

Drivers license number _____ State _____

11. Have you ever used:

| | Date last used: |
|---|---|
| Cigarettes | _____ |
| Cigars | _____ |
| Pipe | _____ |
| Smokeless Tobacco | _____ |

11a.  How tall are you? _____ 5'10" _____

b.  How much do you weigh? _____ 110 slbs _____

12.  Do you drink alcoholic beverages? [redacted] _____

**If yes:**
How often? _____

What do you usually drink? _____

About how many drinks on each occasion? _____

Has your use of alcohol changed? _____

What did you used to drink? _____

How often did you do this? _____

When did you change your use of alcoholic beverages? _____

**If no:**
Have you ever drank alcoholic beverages? [redacted] _____

What did you drink? _____

How often? _____

How many on each occasion? _____

When did you discontinue using alcoholic beverages? _____

13.  Have you ever been told by a doctor to stop drinking? [redacted] _____
    *(If yes, complete Supplemental ALCOHOL QUESTIONS 34 + 35.)*

14.  Have you ever used any drugs such as marijuana, cocaine, heroin,
    or barbiturates? [redacted] _____ If yes, What? _____
    *(If yes to any, complete Supplemental ALCOHOL QUESTIONS 34 + 35.)*

    *(If yes to marijuana, ask how many marijuana cigarettes do/did they use on each
    occasion _____)*

    How often? _____ When was the last time? _____

**If age 40 or older:**   MEDICAL QUESTIONS.

15. What is the name of your personal physician, practitioner, or health care facility? _____ ████████████████████████

16. When was the last time you went to this physician, practitioner, or health care facility? _____ ████████████ _____

   Why did you go? _____ ████████████████████ _____

   What was the diagnosis? _____

   *(if client gives a history of HEART TROUBLE, HIGH BLOOD PRESSURE, CANCER, TUMOR, DIABETES, please complete appropriate Supplemental MEDICAL FORM.)*

17. Have you had any other medical problem which required treatment, medical attention or advise from any physician, or health facility? _____ ████ _____

   If yes, Name of Doctor: _____

   Date seen: _____

   Symptoms: _____

   Diagnosis: _____

**Regarding Replacement:**

18. What source or sources of money are you using to pay the premium for the Life Insurance you recently purchased?  (mark all that apply)

   X Current Income
   __ Savings .

   __ money that has built up in another Life Insurance policy I still have
   __ other

19. In connection with this application, do you intend to discontinue any existing insurance you currently have? _____ yes _____

   If yes, name of company being replaced: Old line life +
   ministers ████████████ life

   Also, is this (life insurance,) group insurance, or health insurance? _____

   Is this insurance on your life or on another family member? _____

   old line life .
   ████████ on wife
   on daughter
   on him
   Ministers - on him
   ████████████

## SUPPLEMENTARY INFORMATION from Sales Representative



101348377 -1

101252045 22

## ❄️ MetLife®

Metropolitan Life Insurance Company        Metropolitan Insurance and Annuity Company

# Application for Life Insurance

### Instructions

- Complete the application in black ink. Print all answers legibly.

- For "Yes" answers to questions 12.(g.) and 12.(h.), complete Form O36K-16-AVIA and/or Form O36K-16-AVOC.

- If insurance is for business purposes, complete Business Insurance Supplement, Form O36K-16-BIS.

---

**Advance Payment Coupon**

| Dist No. | App. No. | Company |
|----------|----------|---------|

Dist No. 0/0   App. No. 8154

Company:
- ☑ Met Life
- ☐ MIAC
- ☐ Tower

†Enter Type of Business Code
1 PLI
2 PH
3 UNASSIGNED
4 UNASSIGNED
5 EDP
6 Term Conversion
7 Reissue
8 Other

**1537312**

**Enter type of product i.e. UL (Universal Life) FPMA (UL II), SPVL, VLI (Variable Life) and OTHER (Other Products)

Proposed Insured or Annuitant (Employer's Name)—Last & First)
CLOUDMAN JACK OAKLEY

Applicant's Name—Last & First)

Date D72 Completed: CP/25/95        Application Date: C8/25/95

† See Reverse Side

Completed By: Liebel Hau

| Sub Prod | Ck. Id | Amount |
|----------|--------|--------|
| H.O. Use. | H.O. Use | |

| Date Received |
|---------------|
| H.O. Use |

This copy is to be attached to the application (or Forms 0106 for Term Conversions) prior to submission to the H.O.

The amount of this coupon should agree with the amount of the advance payment indicated on the application.

Date Credited.        Signature

O36K-16

O72 (0291) Printed in U.S.A.        18000021085 (0291)        Metropolitan Life Insurance Company

[☒] METROPOLITAN LIFE INSURANCE COMPANY

[☐] METROPOLITAN INSURANCE AND ANNUITY COMPANY

[☐] METROPOLITAN TOWER LIFE INSURANCE COMPANY

**Supplement to Part A, Application for Life Insurance Dated** _____8/22_____, 19 95

In connection with the issue of the policy applied for, have you replaced or is it your intention to replace any of your existing policies by:

|  | | Yes | No |
|---|---|---|---|
| 1. Stopping premium payments or cash surrendering? | | ☐ | ☒ |
| 2. Changing your policy(ies) in any way? (If Yes, give details below.) | | ☐ | ☒ |
| 3. Borrowing in a single sum or setting up a systematic schedule of borrowing? (If Yes, give details below.) | | ☐ | ☒ |

Policy Number(s)       _____   _____   _____

Plan of Insurance      _____   _____   _____

Amount of Insurance
  Basic              _____   _____   _____
  Riders (Term)      _____   _____   _____

Date of Issue          _____   _____   _____

Company                _____   _____   _____

Details:

## AGREEMENT

All statements and answers in this application supplement are true and complete to the best of my knowledge and belief. It is agreed that such statements and answers will be part of Part A of the application.

| Witness (Licensed Resident Agent) | Place | Mo./Day/Yr. | Signature |
|---|---|---|---|
|  | LORRAINE, ND | 8/22/95 | (A) Proposed Insured |
| Witness to Signature in (A) | | | |
| Witness to Signature in (B) | | | (B) Owner (if other than Proposed Insured) |

O26 KY-SUPP (L-84) Printed in U.S.A.



**MetLife**®

## Metropolitan Life Insurance Company

APPLICATION NO. _101348371_

CASE NO. _____

RE    Life Insurance Buyer's Guide

This will acknowledge that I have received a copy of the **Life Insurance Buyer's Guide** from Metropolitan Life Insurance Company.

_____  8/22/15
Client's Signature          Date

_A-T_ _____  8/22/15
Acct. Representative's Name   Date

_L. A. Loudens LASER_
Client's Name (Please Print)

Br. No. _C-11_   Name _Eliot Hills_

Agency No. _159_   Index _4_

18000109681   (0394)   (BG-ACK)

NOTE: The Sales Office must staple this sheet to the related
application before submitting to the Head Office.

## SONIC CASE SUMMARY

POLICY/CASE NO : 195274073    DATE TRANSMITTED : 08/24/95    REG/DIST : R71/C11
PART A : 08/22/95   PLAN : FPML    MODAL/PLANNED PREMIUM:
MODE   : C     FACE AMT:    $100,000    TOTAL INSURANCE:      $100,000
INS NAME : LAMONT       LOUDENSLAGER     DOB:     /54
AGE : 41      SSN :    -4347      CLASS :       AIF/MIB :

RIDERS : DW : N SP TERM $     CH TERM $    5000 ADB : N   TI :     CV : N
       COL : N SSR : N GI $      LT :    YRS $        AWB : N LTC : N
      PUAR: N ACOB : N 4YT $     SIB $       IBSR :      YRS $
        FTD :     YRS     $      GRR :       AIB :     $
SPO/APP NAME : KYM       LOUDENSLAGER     DOB :     /57
AGE : 38      SSN :    -9352      CLASS :       AIF/MIB :

SALES REPRESENTATIVES :
   1)   DIST : C11      AGY : 859       IDX : 4 %100
   2)   DIST :         AGY :          IDX :    %
   3)   DIST :         AGY :          IDX :    %
   4)   DIST :         AGY :          IDX :    %
   5)   DIST :         AGY :          IDX :    %

CHECK-O-MATIC
   DEP NAME : KYM         L. LOUDENSLAGER
   BILL DAY : 22      TRANSIT : 101109237      ACCT NO : /109177

**❖ MetLife**

**MetLife**
Metropolitan Life Insurance Company

Application No. _10/348377_

## Flexible Premium Multifunded Life Insurance Policy
## Customer Profile Form

**1. Proposed Insured** _Lamont_       _A._       _Shoulderslager_
Full Name       First       Middle Initial       Last

**2. Main Investment Objective**

☐ Preservation of Capital       ☐ Growth       ☐ Growth and Income
☐ Income       ☒ Aggressive Growth

**3. Financial Information**

a) Owner's Annual Income    $ ▮▮▮▮▮▮

b) Owner's Net Savings and Investments (not including personal residence, home furnishings or personal automobiles)

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**4. Systematic Transfer Options**    ☐ Yes    ☐ No
(Select no more than one)

☐ **Equity Generator**—In each policy month that at least $20 is earned as interest in the Fixed Account, interest earned that month will be transferred to the Stock Index Investment Division.

☐ **Equalizer**—At the beginning of each policy month, the amount in the Fixed Account will be balanced with the amount in the Stock Index Investment Division. A transfer will be made from one Division to the other, so that the amounts in both Divisions are equal.

☐ **Allocator**—Each policy month, funds will be transferred from the Money Market Investment Division to the Fixed Account or to any Investment Division specified by the policyowner below:

1. ☐ As long as possible:

Transfer $ _____ per month to Fixed Account

Transfer $ _____ per month to _____ Division

Transfer $ _____ per month to _____ Division

2. ☐ Transfer $ _____ per month for _____ months to  Fixed Account

Transfer $ _____ per month for _____ months to _____ Division

Transfer $ _____ per month for _____ months to _____ Division

3. ☐ Transfer a total of $ _____ over _____ months to the:

☐ Fixed Account       ☐ Growth       ☐ Diversified
☐ Income       ☐ International Stock
☐ Stock Index       ☐ Aggressive Growth

Signature of Proposed Insured or O_ ,ner if Named in Item 6 of Part A       Date _8/22/95_

18000109674 (0395) Printed in U S A

**❖ MetLife**

Application No. 101 348 577

Case No.

## Supplement II to Part A

☐ Metropolitan Life Insurance Company
☐ Metropolitan Tower Life Insurance Company

Flexible Premium Multifunded Life (FPMLI)

| Division/Account | Allocation |
|---|---|
| Growth | % |
| Income | % |
| Money Market | % |
| Diversified | % |
| Aggressive Growth | % |
| International Stock | % |
| Stock Index | % |
| Fixed | % |
| Other | % |
| (Specify) | 100% |

### 1. Investment Division/Account Allocation

Select the percentage of premium to be allocated to each division/account. For each division/account to which an allocation is made the percentage must be a whole number and must be at least 10% (Enter zero for any division/account to which no allocation is made). The percentage will apply to future premiums unless changed by the owner.

### 2. Suitability

Applies to both Proposed Insured (Applicant for Juvenile policy) and Owner if Owner is other than Proposed Insured:

(a) Have you received a prospectus for the policy indicated above?　　Yes ☒　　No ☐
　　Edition date of Prospectus　　5-1-95
　　Edition dates of any supplements　　5-1-95

(b) Have you received a prospectus for the Metropolitan Series Fund?　　Yes ☒　　No ☐
　　Edition date of Prospectus　　5-1-95
　　Edition dates of any supplements　　5-1-95

(c) Do you understand that under the policy indicated above (exclusive of any optional benefits):
　　(i) the amount of death benefit in excess of the Specified Face Amount for FPMLI policies may increase or decrease depending on the policy's investment experience?　　Yes ☒　　No ☐
　　(ii) the duration of the death benefit for FPMLI policies may increase or decrease depending on the policy's investment experience?　　Yes ☒　　No ☐
　　(iii) the cash value may increase or decrease depending on the policy's investment experience?　　Yes ☒　　No ☐
　　With this in mind, do you believe that the policy indicated above is in accord with your insurance objectives and financial needs?　　Yes ☒　　No ☐
　　Note: upon request, we will furnish illustrations of benefits, including death benefits and cash values, for (a) the policy applied for and (b) a fixed benefit life insurance policy for the same premium.

It is understood that, as specified in 2.(c) above, the amount and/or the duration of the Death Benefit and the amount of the Cash Value may increase or decrease based on the investment experience of the applicable Separate Account and are not guaranteed.

| WITNESS (Licensed Resident Agent) | PLACE (City/State where Signed) | Mo. Day Yr. | Signature |
|---|---|---|---|
| Witness to Signature in (A) | LORRAINE, NJ | 5/25/95 | (A) Proposed Insured　(Age 15 or Over) |
| Witness to Signature in (B) | | | (B) Owner (if named in Part A) |

If Owner is a firm or corporation, enter on line (B) full business name as it appears in Part A and have one or more partners or officers (other than Proposed Insured) sign on line (C), and give their titles.

(C)

| Complete Only for a Juvenile Policy. Also, be sure to complete Owner Designation in Part A and have Owner sign in (B) above. | |
|---|---|
| Witness to Signature in (D) | (D) Applicant (Juvenile Policy) |
| Witness to Signature in (E) | (E) Child (required only if a New York State resident and exact age is between 14½ and 15 ) |

Also to be signed below if Applicant or Owner is not a parent, guardian or person liable for child's support. I consent to this application for insurance on the life of the Proposed Insured. I have read the answers in this application, and they are true and complete to the best of my knowledge and belief.

| Witness to Signature in (F) | (F) Parent, Guardian or Person Liable for Child's Support |
|---|---|

 **MetLife** ⬜ Metropolitan Life Insurance Company
⬜ Metropolitan Insurance and Annuity Company

## Request for Check-O-Matic Arrangement

The Company checked above is requested and authorized to draw checks or share drafts, to issue directions to debit a bank account, or to initiate electronic fund transfer debits each month to pay the premiums due on a life insurance policy as described below. These premiums are to be charged against the account identified below.

**(Note: If the Check-O-Matic Arrangement is Desired, Attach a Voided Blank Check or Draft to Ensure Accuracy)**

The Check-O-Matic arrangement will apply to any insurance policy issued on the basis of an application dated _____ 8/22 1995 _____ in which application _Lamont Loudenslager_ is named as the Proposed Insured, or to any renewal of such policy. However, the Check-O-Matic arrangement will not take effect unless at the time of delivery of the policy... first monthly Check-O-M... effect debits, as authori... according to the schedu... be initiated on or abou... The under... the insured, or the acc... by the Com- pany upon... If the polic... anned premi- ums and p... ance cover- age may e... If this arran... the Com- pany unde... miums (including... ates in effect on the date... pany's rule, in effect wh... for any period up t...

Please de...

REV. L. A. LOUDENSLAGER          0917
KYM L. LOUDENSLAGER              82-923
                                 1011

_101D_                    ___ 19 ___
                          $ _____
                          _____ DOLLARS

LORRAINE STATE BANK
MEMBER FEDERAL DEPOSIT INSURANCE CORPORATION
LORRAINE, KANSAS 67459

⑈: _____ : 0917

Give policy or contract number of any other Company policies or contracts currently under the Check-O-Matic arrangement: _____

## Authorization to Honor Checks, Share Drafts or Account Debits

REV. L. A. LOUDENSLAGER

Name of Depositor _Kym L. Loudenslager_
(Print as it appears on Banking Institution records)    (Account or Code Number)

To _Lorraine State Bank_
(Name of Banking Institution)          (Branch)

_Lorraine, KS   67459_
(Address of Banking Institution or Branch where account is maintained)

_____
(Transit No.)

As a convenience to me I authorize you to pay and charge to my account (a) checks, (b) share drafts, (c) electronic fund transfer debits or (d) other account debits made by, and payable to the order of the Company checked above.

I agree that your treatment of each check, share draft or debit, and your rights with respect to it, will be the same as if it were signed or initiated personally by me. I further agree that if any check, share draft or debit is dishonored for any reason, you will not be under any liability even though dishonor results in the forfeiture of insurance.

I further agree that this authorization is to remain in effect until you receive written notice from me of its revocation unless you end it earlier.

## Request and Authorization Signatures

Date _8/22/95_          Signature of Proposed
                        Insured (Owner) X _Loudenslager_

Date _8/22/95_          Signature of Depositor X _Loudenslager_
                        (If Joint Account, other Depositor sign below)

Policy or
Contract No. _____  Signature of Depositor X _Kym L. Loudenslager_

O36K-16 CK