# Exhibit P3

to Complaint for Interpleader

# North Dakota Department of Health
## Bismarck, North Dakota
# Certification of Death

**CERTIFICATION OF VITAL RECORD**

THIS IS TO CERTIFY THAT THERE IS ON RECORD IN THE DIVISION OF VITAL RECORDS, NORTH DAKOTA DEPARTMENT OF HEALTH, BISMARCK ND, THE FOLLOWING ENTRY OF DEATH:

## DECEDENT INFORMATION

| Field | Value | Field | Value |
|---|---|---|---|
| NAME: | LAMONT ALLEN LOUDENSLAGER | SEX: | MALE |
| SOCIAL SECURITY NUMBER: | ███-██-4347 | DATE OF DEATH: | SEPTEMBER 08, 2018 |
| PLACE OF DEATH: | FARGO, NORTH DAKOTA | MARITAL STATUS: | DIVORCED |
| SURVIVING SPOUSE'S NAME: | | TIME OF DEATH: | 20:47 |
| FATHER'S NAME: | WILLIAM LOUDENSLAGER | DATE OF BIRTH: | ███████ 1954 |
| MOTHER'S MAIDEN NAME: | BONNIE ADAMS | BIRTHPLACE: | SOUTH DAKOTA |
| RESIDENTIAL ADDRESS: | ███████ | U.S. ARMED FORCES: | NO |
| | | FILING DATE: | OCTOBER 12, 2018 |
| PLACE DEATH OCCURRED: | HOSPITAL - INPATIENT | DATE ISSUED: | OCTOBER 26, 2018 |
| FACILITY OR ADDRESS: | SANFORD HEALTH OF FARGO, FARGO, NORTH DAKOTA | CERTIFICATE NO: | 133-18-004793 |

## INFORMANT INFORMATION

| Field | Value | Field | Value |
|---|---|---|---|
| INFORMANT: | LANE LOUDENSLAGER | RELATIONSHIP: | SON |
| INFORMANT'S ADDRESS: | ███████ | | |

## DISPOSITION INFORMATION

| Field | Value | Field | Value |
|---|---|---|---|
| FINAL DISPOSITION: | RIVERSIDE CEMETERY, FARGO, NORTH DAKOTA | METHOD: | BURIAL |
| FUNERAL HOME: | BOULGER FUNERAL HOME, FARGO, ND 58103 | FUNERAL PRACTITIONER: | TIA LOPEZ |
| | | LICENSE NUMBER: | 1323 |

## MEDICAL CAUSE OF DEATH INFORMATION

| Field | Value | Field | Value |
|---|---|---|---|
| MEDICAL CERTIFIER: | MOHAMED SANAULLAH, | LICENSE NUMBER: | 9551 |
| CERTIFIER'S ADDRESS: | SANFORD HEALTH OF FARGO, FARGO, ND 58122 | | |
| IMMEDIATE CAUSE OF DEATH: | SEPSIS | | |
| as a consequence of > | LACTOBACILLUS ENDOCARDITIS | | |
| as a consequence of > | | | |
| as a consequence of > | | | |
| CONTRIBUTING FACTORS: | RENAL MASS | | |

| Field | Value | Field | Value |
|---|---|---|---|
| MANNER OF DEATH: | NATURAL | | |
| MEDICAL EXAMINER CONTACTED: | NO | AUTOPSY PERFORMED: | NO |
| | | AUTOPSY FINDINGS AVAILABLE: | |
| TOBACCO CONTRIBUTED TO DEATH: | NO | DECEASED DIABETIC: | NO |
| DATE OF INJURY: | | TIME OF INJURY: | |
| PLACE OF INJURY: | | INJURY AT WORK: | |
| LOCATION OF INJURY: | | TRANSPORTATION INJURY: | |
| HOW INJURY OCCURRED: | | | |

001819335

*W. D. Meschke* (signature)
Darin J. Meschke
State Registrar of Vital Statistics

This certificate is issued in compliance with the laws of the State of North Dakota
(NOT VALID without raised impression seal of the North Dakota Department of Health)