# EXHIBIT P6

to COMPLAINT FOR INTERPLEADER



Brett A. Brudvik • AZ, MN
brett@brudviklaw.com

William J. Brudvik • MN
bill@brudviklaw.com

Cassie J. Tostenson • CA, MN
cassie@brudviklaw.com

Robin L. Aanstad
robin@brudviklaw.com

Lynn Slaathaug Moen • MN
lynn@brudviklaw.com

Jenna McPherson
jenna@brudviklaw.com

Ross Nilson • MN
ross@brudviklaw.com

Scott Patrick Brand • MN
scott@brudviklaw.com

Ashley R. Heitkamp • MN
ashley@brudviklaw.com

Diane L. Schull • MN
diane@brudviklaw.com

Brittany Johs • MN
brittany@brudviklaw.com

Samuel A. Gereszek
sam@brudviklaw.com

All Attorneys Licensed in ND

Licensed in ND, MN, AZ, and CA
www.brudviklaw.com

February 26, 2019

MetLife Investors USA Insurance Company
700 Quaker Lane
PO Box 330
Warwick, RI 02887-0330

**SENT VIA FAX ONLY**
**908-655-9586**

**RE: Estate of Lamont A. Loudenslager**
**Insured: Lamont Loudenslager**
**Policy: 958201834UM**

Dear Mr. Burnosky:

Our law office represents Ms. Joyce Loudenslager as the personal representative of the Estate of Lamont A. Loudenslager. It is our understanding that Mr. Loudenslager had both a life insurance policy as well as an annuity with MetLife. Please provide our office with a copy of Mr. Loudenslager's life insurance policy as well as any beneficiary designations made on this policy.

For your convenience, please find attached a certified copy of the Letters of Administration, a copy of the death certificate and a copy of an authorization to release information. Please contact our office with any questions or concerns. Thank you.

Sincerely,

*Jenna McPherson*

Jenna McPherson
Attorney at Law
BRUDVIK LAW OFFICE, P.C.

Enclosure(s)

Jenna McPherson
Brudvik Law Office, P.C.
P.O. Box 547
Mayville, ND 58257
TEL (701) 788-3251
FAX (701) 788-4243
EMAIL: jenna@brudviklaw.com
ATTORNEY ID NO. 08892
Attorneys for: Personal Representative of the Estate                    09-2018-PR-00380

IN THE EAST CENTRAL DISTRICT COURT, CASS COUNTY, NORTH DAKOTA

In the Matter of the Estate of Lamont A. Loudenslager, Deceased

### LETTERS OF ADMINISTRATION
(Formal Proceedings)

Joyce Loudenslager is hereby appointed Personal Representative of the Estate of Lamont A. Loudenslager, deceased.

WITNESS: Hon. _____, Judge of the above-entitled Court, with the seal thereof affixed the _____ day of _____, 2018.

Signed: 1/24/2019 11:22:10 AM

_____
Judge of District Court

STATE OF SOUTH DAKOTA    )
                         ) ss.
COUNTY OF Minnehaha      )

I hereby accept the duties of Personal Representative of the Estate of Lamont A. Loudenslager, deceased, and will perform, according to law, the duties of Personal Representative.

_____
Joyce Loudenslager

I, Lindsey Froehlich, Clerk of the District Court, Cass County, State of North Dakota, do hereby certify that this is a true and complete copy of the original instrument filed in this office and that same is in full force and effect, IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the Seal of said Court at my office, in Fargo, North Dakota this 31 day of Jan, 2019.

LINDSEY FROEHLICH
Clerk of the District Court

By _____ Deputy

# North Dakota Department of Health
## Bismarck, North Dakota
## Certification of Death

THIS IS TO CERTIFY THAT THERE IS ON RECORD IN THE DIVISION OF VITAL RECORDS, NORTH DAKOTA DEPARTMENT OF HEALTH, BISMARCK ND, THE FOLLOWING ENTRY OF DEATH:

### DECEDENT INFORMATION

| Field | Value | Field | Value |
|---|---|---|---|
| NAME: | LAMONT ALLEN LOUDENSLAGER | SEX: | MALE |
| SOCIAL SECURITY NUMBER: | ####-##-4347 | DATE OF DEATH: | SEPTEMBER 08, 2018 |
| PLACE OF DEATH: | FARGO, NORTH DAKOTA | MARITAL STATUS: | DIVORCED |
| SURVIVING SPOUSE'S NAME: | | TIME OF DEATH: | 20:47 |
| FATHER'S NAME: | WILLIAM LOUDENSLAGER | DATE OF BIRTH: | 1954 |
| MOTHER'S MAIDEN NAME: | BONNIE ADAMS | BIRTHPLACE: | SOUTH DAKOTA |
| RESIDENTIAL ADDRESS: | | U.S. ARMED FORCES: | NO |
| | | FILING DATE: | OCTOBER 12, 2018 |
| PLACE DEATH OCCURRED: | HOSPITAL - INPATIENT | DATE ISSUED: | OCTOBER 26, 2018 |
| FACILITY OR ADDRESS: | SANFORD HEALTH OF FARGO, FARGO, NORTH DAKOTA | CERTIFICATE NO: | 133-18-004793 |

### INFORMANT INFORMATION

| Field | Value | Field | Value |
|---|---|---|---|
| INFORMANT: | LANE LOUDENSLAGER | RELATIONSHIP: | SON |
| INFORMANT'S ADDRESS: | | | |

### DISPOSITION INFORMATION

| Field | Value | Field | Value |
|---|---|---|---|
| FINAL DISPOSITION: | RIVERSIDE CEMETERY, FARGO, NORTH DAKOTA | METHOD: | BURIAL |
| FUNERAL HOME: | BOULGER FUNERAL HOME, FARGO, ND 58103 | FUNERAL PRACTITIONER: | TIA LOPEZ |
| | | LICENSE NUMBER: | 1323 |

### MEDICAL CAUSE OF DEATH INFORMATION

| Field | Value | Field | Value |
|---|---|---|---|
| MEDICAL CERTIFIER: | MOHAMED SANAULLAH, | LICENSE NUMBER: | 9551 |
| CERTIFIER'S ADDRESS: | SANFORD HEALTH OF FARGO, FARGO, ND 58122 | | |
| IMMEDIATE CAUSE OF DEATH: | SEPSIS | | |
| as a consequence of > | LACTOBACILLUS ENDOCARDITIS | | |
| as a consequence of > | | | |
| as a consequence of > | | | |
| CONTRIBUTING FACTORS: | RENAL MASS | | |

| Field | Value | Field | Value |
|---|---|---|---|
| MANNER OF DEATH: | NATURAL | | |
| MEDICAL EXAMINER CONTACTED: | NO | AUTOPSY PERFORMED: | NO |
| | | AUTOPSY FINDINGS AVAILABLE: | |
| TOBACCO CONTRIBUTED TO DEATH: | NO | DECEASED DIABETIC: | NO |
| DATE OF INJURY: | | TIME OF INJURY: | |
| PLACE OF INJURY: | | INJURY AT WORK: | |
| LOCATION OF INJURY: | | TRANSPORTATION INJURY: | |
| HOW INJURY OCCURRED: | | | |

001819335

*Darin J. Meschke*
State Registrar of Vital Statistics

This certificate is issued in compliance with the laws of the State of North Dakota
(NOT VALID without raised impression seal of the North Dakota Department of Health)

Jenna McPherson                                          Probate No. 09-2018-PR-00380
Brudvik Law Office, P.C.
P.O. Box 547
Mayville, ND 58257
TEL (701) 788-3251
FAX (701) 788-4243
EMAIL: jenna@brudviklaw.com
ATTORNEY ID NO. 08892
Attorneys for:   Personal Representative of the Estate

## IN THE EAST CENTRAL DISTRICT COURT, CASS COUNTY, NORTH DAKOTA

### In the Matter of the Estate of Lamont A. Loudenslager, Deceased

### AUTHORIZATION TO RELEASE INFORMATION

STATE OF SOUTH DAKOTA         )
                              )
COUNTY OF Minnehaha           )

TO WHOM IT MAY CONCERN:

    I, Joyce Loudenslager, as Personal Representative of the Estate of Lamont A. Loudenslager, Deceased, as evidenced by the attached copy of Letters of Administration, do hereby authorize the Internal Revenue Service, the North Dakota State Tax Commissioner, the North Dakota Motor Vehicle Department, all banks, savings and loan associations, savings banks, credit unions, financial institutions, brokerage houses, mutual funds, corporations (whether publicly traded or closely held), partnerships, limited partnerships, FSA offices, agricultural lending institutions, cooperatives and individuals to release to the Brudvik Law Office the information requested by them in the attached letter of request. I hereby release the institution, company or individual furnishing this information from any loss or liability they may otherwise incur by the furnishing of the requested information. This Authorization shall be effective immediately, and a legible copy shall be as effective as the original.

Dated this 21 day of Feb., 2019.

                                                    *Joyce Loudenslager*
                                                    Joyce Loudenslager
                                                    Personal Representative

Subscribed and sworn to before me this 21st day of February, 2019.

                                                    Notary Public
                                                    My Commission Expires: 6-22-24

*[Notary Seal: EVAN BROWN, NOTARY SEAL, PUBLIC, STATE OF SOUTH DAKOTA]*